UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 0 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAWN BOUTTE'
    PLAINTIFF,

06CV7126
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

vs.

NORTHWESTERN MED.
FACULTY FOUNDATION,
NORTHWESTERN INTERNISTS &
NORTHWESTERN PHYSICIANS GROUP
    DEFENDANTS,

## COMPLAINT

DEFENDANTS, PHYSICIANS GROUPS, failed to sufficiently, state, according to the guidelines established and required, by the FEDERAL EMPLOYEES COMPENSATION ACT, how the condition and injury, events, relates, to the diagnoses.

PLAINTIFF, DAWN BOUTTE', WORKER'S COMPENSATION, claim was denied, because of PHYSICIANS GROUPS, physicians, failed to properly, diagnose, the PLEAINTIFF, according to WORKERS COMPENSATION, to their guidelines, that is stated, by OFFICE OF WORKERS' COMPENSATION, letter, dated July 29, 1999. Also, the letter, states paragraph, three (3), the "initial evidence of file supports that you actually experienced the claimed event, (accident), However, the evidence did not establish that a condition has been diagnosed in connection with this".

2.

COMPLAINTANT:
DAWN BOUTTE'

PHYSICIANS, breached standard to perform necessary diagnoses, for treatment and care payable by the agency, WORKERS' COMPENSATION, and other benefits, that was needed and still are needed, including the co-payments, and deductibles, PLAINTIFF, suffered and still suffers, with conditions related to the injury, on job, (SEE ATTACHMENTs).

PLAINTIFF, DAWN BOUTTE, is suing the three, (3),Defendants, each for $5,000,000----each Defendant, for a total of $15,000,000-----million. FOUR--- ATTACHMENTS.

DEFENDANTS
NORTHWESTERN MEDICAL
FACULTY FOUNDATION
201 E. HURON
CHICAGO, ILLINOIS  60611

RESPECTFULLY,

DAWN BOUTTE'

NORTHWESTERN INTERNISTS
676 N. St.CLAIR, #415
CHICAGO, ILLINOIS  60611

PLAINTIFF
DAWN BOUTTE'
P.O. Box 14113
CHGO., ILLINOIS 60614

NORTHWESTERN PHYSICIANS GRP.
201 E. HURON, #105
CHICAGO, ILLINOIS  60611

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
230 S DEARBORN 8TH FLOOR
CHICAGO IL 60604
Phone: (312) 353-8593

July 29, 1999

File Number: 100487620
Date of Injury: 09/09/1998
Employee: Dawn Boutte

Dawn Boutte
Box 14113
Chicago, IL 60614

Dear Ms. Boutte:

### NOTICE OF DECISION

Your claim for compensation has been denied as the evidence was not sufficient to meet the guidelines for establishing that you sustained an injury due to the claimed event, as required by the Federal Employees' Compensation Act.

To establish "fact of injury" the evidence must establish a condition has been diagnosed in connection with the claimed accident, event, or employment factor.

The initial evidence of file supported that you actually experienced the claimed event. However, the evidence did not establish that a condition has been diagnosed in connection with this. Therefore, an injury within the meaning of the Federal Employees' Compensation Act (FECA) was not demonstrated.

You were advised of this by letter dated May 26, 1999, and afforded the opportunity to provide supportive evidence.

Additional evidence was not received. Evidence of record was not sufficient because it did not support your claim. In fact, the examination by Dr. Mirkovic revealed nothing out of the ordinary. Further, his November 17, 1998 letter states "Examination of the back revealed good range of motion with no tenderness to palpation or percussion, no evidence of paravertebral muscle spasm, no evidence of trigger points, and no evidence of soft tissue changes or swelling. The spine was well aligned with a level pelvis and leveled shoulders. There was no evidence of deformity."

Therefore, based on these findings, your claim is denied as you have not met the requirements for establishing that you sustained an injury as alleged. Medical treatment at OWCP's expense is not authorized and prior authorization, if any, is hereby terminated.

If you disagree with this decision you may pursue one of the courses of action listed on the enclosed sheet. Please be aware that there are time frames associated with exercising your appeal rights.

Sincerely,

Darryl Thomas
Claims Examiner

Shelene Turner
Senior Claims Examiner

U.S. DOL

## AQS Injured Worker Case Query ★ ★ ★

**AGENCY:** 4089WS - DEPT OF VETERANS AFFAIRS, CHICAGO VETERANS HOSPITAL
**CASE#:** 100487620     **MASTER:**
**NAME:** BOUTTE, DAWN     SSN: 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    Sex: F
**Address:** BOX 14113     DOB/Age: 11/22/1950-51
**City State Zip:** CHICAGO, IL 60614     DOI: 09/09/1998
**Occupation:** G0305-MAIL AND FILE
**Reported**
**Condition:** LBP CLIMBING OVER COUNTER     **Condition Not Accepted**
**Claim Rcv'd:** 7    **Form Rcv'd:** 1 05/21/1999    **CEID:** CCI    **Injury ZIP:** 60612

## ★ ★ ★ CASE STATUS - Case In Chicago

| | | | |
|---|---|---|---|
| *Adjudication Status* ● D3 | - 11/05/2002 - | Denied - Fact of Injury Not Established | |
| *Prior Adjud Status1* ● D9 | - 04/05/2002 - | Reconsideration Request Case | |
| *Initial Adjud Status* ● D3 | - 08/02/1999 - | Denied - Fact of Injury Not Established | |
| *Current Case Status* ● C3 | - 11/05/2002 - | Closed - Denied | |
| *Previous Case Status* ● UD | - 04/05/2002 - | Under Development | |
| *Current Location* ● FIL | - 11/05/2002 - | - CENTRAL FILE | |
| *Previous Location* ● CCI | - 10/22/2002 - | - CLAIMS EXAMINER | |

RECEIVED DEC 30 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

● *Continuation of Pay was not elected*     Case Created: ● 05/24/1999
● *Pay was not Terminated*     Reviewed: ● 05/24/1999
● *Case has not been controverted*     Closed: ● 11/05/2002
● *Lost Time Began:*     Reopened: ●
● *Last Updated On:* 11/05/2002     Retired: ● -

*Cause of Injury* ● 99 - CAUSE UNKNOWN
*Nature of Injury* ● T8 - TRAUMATIC INJURY - UNCLASS. (EXCEPT DISEASE, ILLNESS)
*Anatomical Location* ● BL - LOWER BACK/BUTTOCKS
*Extent of Injury* ● 1 - No Lost Time — UNTRUE TIME WAS LOST.

| ★ AUTHORIZATION FOR MEDICAL TREATMENT & PHYSICAL THERAPY ★ |
|---|
| NO AUTHORIZATION DATA ON THE FILE |



● **NEW CASE** ● **Compensation Payments** ● **Compensation Tracking**

(12)

**STEVEN M. KALT, M.D.**
NORTHWESTERN COMMUNITY MEDICAL GROUP
1030 NORTH CLARK, SUITE 647
CHICAGO, ILLINOIS 60610

TELEPHONE (312) 951-8353                          DEA Reg. No. BK4135720

NAME _____ AGE ____

ADDRESS _____ DATE 1/19/99

℞ Dawn Boutte is currently under medical treatment for a musculoskeletal injury. Medication includes antiinflammatory and muscle relaxants.

She is able to continue work while under treatment.

☐ LABEL
REFILL _____ TIMES
☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE _____, M.D.

---

**ORTHOPAEDIC ASSOCIATES OF CHICAGO, Ltd.**
*Orthopaedic and Hand Surgery*

Proctor R. Anderson, M.D.   John A. Hefferon, M.D.   Scott Cordes, M.D.   Charles Carroll IV, M.D.
DEA #AA 5829128             DEA #AH 8816110          DEA #BC 0172572      DEA #BC 0960422
Clare R. Giegerich, M.D.    Steven H. Stern, M.D.    Srdjan Miskovic, M.D. Richard L. Wixson, M.D.
DEA #AG 3126827             DEA #BS 1994602          DEA #BM 0444733      DEA #AW 8237542
                            David M. Kalainov, M.D.
                            DEA #BK 4911853

676 N. St. Clair, Suite 450                       Telephone: (312) 943-7850
Chicago, IL 60611                                 Fax: (312) 943-2955

Name: Dawn Boutte                                 Date: 1-18-99

Address: _____

℞  Dx: LBP - L4-L5, L5-S1 disc bulge   Frequency 2x   Duration 4 wks
    LUMBAR STABILIZATION
    ISOMETRIC STRENGTH
☐ Label   ABDOMINAL AND LUMBAR
Refill - 0 - 1 - 2 - 3 - 4 - PRN   BACK SCHOOL

☐ May Substitute _____, M.D.

☐ May Not Substitute _____, M.D.



DEC 30 2005

CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael W. Dobbins
    CLERK

Office of the Clerk

Dawn Boutte
P.O. Box 14113
Chicago, IL 60614

---

Case Number: 1:02-cv-01916

Title: Boutte v. Principi

Assigned Judge: Honorable Joan B. Gottschall

MINUTE ORDER of 1/27/03 by Hon. Joan B. Gottschall :
Defendant Anthony Principi's motion to dismiss this action
is granted [15-1] and Boutte's complaint is dismiss without
prejudice. To the extent it argues the court lacks
jurisdiction over the alleged state-law claims, defendant
Northwestern Internists, Ltd.'s motion to dismiss
plaintiff's complaint is granted [11-1]. Accordingly, the
following motions are denied as moot: defendant
Northwestern Medical Faculty Foundation's motion to dismiss
[4-1]; plaintiff's motion for preliminary injunction [9-1]
and plaintiff's motion for summary judgment [16-1]. Case
terminated. terminating case Mailed notice

This docket entry was made by the Clerk on January 29, 2003

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the
Federal Rules of Civil Procedure or Rule 49(c) of the Federal
Rules of Criminal Procedure. It was generated by ICMS,
the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or
other document is enclosed, please refer to it for
additional information.

For scheduled events, motion practices, recent opinions and other information,
visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges.
Check for rulings on noticed motions. Also, subscribe to CourtWatch--a free
service--to receive e-mail notification of CourtWeb postings.