AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Dawn Boutte'  **JUDGMENT IN A CIVIL CASE**

     v.  Case Number: 06 C 7126

Northwestern Medical Faculty, et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's claim is dismissed for lack of subject matter jurisdiction. Civil case terminated.

                                                              Michael W. Dobbins, Clerk of Court

Date: 7/5/2007                                                                _____
                                                                                /s/ Rhonda Johnson, Deputy Clerk